# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RICKIE GREEN                                                                     PLAINTIFF
ADC #117055

V.                              NO: 5:17-CV-00074 JLH-PSH

DANNY BURL, *et al.*                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. The ADC Defendants' motion for judgment on the pleadings is GRANTED IN PART and DENIED IN PART. Document #26.

2. The motion is granted with respect to Green's official capacity claims against the ADC Defendants.

3. The motion is granted with respect to Westmoreland, and he is dismissed as a party to this case.

4. The motion is denied with respect to Defendants Burl, Fitzgerald, Jensen, Stout, Miller, Burns, Ridgle, Moore, Clark, and Davis.

5. The Court certifies that an *in forma pauperis* appeal taken from the order adopting this recommendation is considered frivolous and not in good faith.

DATED this 27th day of November, 2017.

                                                  _____
                                                  J. LEON HOLMES
                                                  UNITED STATES DISTRICT JUDGE