# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICKIE GREEN, ADC #117055**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　**NO: 5:17-CV-00074 JLH-PSH**

**DANNY BURL,** *et al.*　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Johnson and Bland are awarded summary judgment and Green's claim(s) against them are dismissed without prejudice. It is further ordered that the Court certifies that an *in forma pauperis* appeal taken from the order adopting this recommendation is considered frivolous and not in good faith.

DATED this 18th day of December, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE