# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RICKIE GREEN, ADC #117055                                     PLAINTIFF

v.                       No: 5:17CV00074 JLH-PSH

DANNY BURL, *et al.*                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. The Medical Defendants' motions for summary judgment are granted, and the ADC Defendants' motion for summary judgment is granted in part and denied in part.

2. Benton, Mabry, Burl, Fitzgerald, Jensen, and Stout are awarded summary judgment and Green's claim(s) against them are dismissed without prejudice.

3. Green's claims against Davis are limited to the incident described in MX-MX-16-02247.

4. Green's claims against Clark are limited to the incidents described in MX-16-02208 and MX-16-02247.

5. Green's claims against Miller are limited to the incident described in MX-16-02248.

6. Green's claims against Burns are limited to the incidents described in MX-16-02248 and MX-16-02208.

7. The Court certifies that an *in forma pauperis* appeal taken from the order adopting this recommendation is considered frivolous and not in good faith.

DATED this 15th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE