**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICKIE GREEN**                                                          **PLAINTIFF**
**ADC #117055**

**v.**                                  **No: 5:17-cv-00074 JLH-PSH**

**DANNY BURL,** *et al.*                                               **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that defendants' motion for summary judgment is granted. Document #150. Defendants are entitled to qualified immunity on Green's individual capacity claims because the undisputed material facts show that they were not deliberately indifferent to Green's serious medical needs. Green's claims are dismissed with prejudice.

DATED this 11th day of April, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE