IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKIE GREEN                                                                                      PLAINTIFF
ADC #117055

v.                              No: 5:17-cv-00074 JLH-PSH

DANNY BURL, *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 11th day of April, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE